UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>James McGinn</u>

        v.                Civil No. 07-cv-88-SM

<u>New Hampshire State Prison, Interim Warden</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith disapprove the Report and Recommendation of Magistrate Judge Arenas dated August 9, 2007. Accepting counsel's representations, it would appear that the petition was not untimely filed.

SO ORDERED.

August 21, 2007

                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Michael Sheehan, Esq.